# United States District Court
# For The Western District of North Carolina
# Asheville Division

REGINALD LAMOND FIELDS,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv10

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/8/2011 Order.

                                      Signed: February 9, 2011

                                      *Frank G. Johns*
                                      Frank G. Johns, Clerk
                                      United States District Court